**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ONIEL PENA, *on behalf of himself and all others similarly situated*,

      Plaintiff,

 -against-

SP PLUS CORPORATION,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

20 Civ. 1370 (GBD)

GEORGE B. DANIELS, District Judge:

  The August 13, 2020 initial conference is adjourned to September 24, 2020 at 9:30 a.m.

Dated: August 12, 2020
   New York, New York

              SO ORDERED.

              */s/ George B. Daniels*
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE