UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ONIEL PENA, on behalf of himself and all others similarly situated,

          Plaintiff,

    v.

SP PLUS CORPORATION,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:20-cv-01370 (GBD)

## ORDER – WITHDRAWAL OF COUNSEL

Paduano & Weintraub LLP, counsel for Defendant SP Plus Corporation, hereby informs the Court that Brian Bienenfeld is no longer associated with the firm, and requests that the Court withdraw the appearance of Mr. Bienenfeld as counsel in this matter.

Dated: New York, New York
       May 17, 2021

PADUANO & WEINTRAUB LLP

By: /s/ __Meredith Cavallaro__
     Meredith Cavallaro
     Lisia Leon
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
mc@pwlawyers.com
lll@pwlawyers.com

Attorneys for Defendants
Major Nissan of Garden City, Inc. d/b/a Nissan of Garden City, and Nissan of Garden City

> Defense counsel's request to withdraw the appearance of Brian Bienenfeld as counsel in this matter (ECF No. 54) is GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Bienenfeld as counsel for Defendant.

SO ORDERED

*Sarah Cave*    5/19/2021
Sarah L. Cave
United States Magistrate Judge