# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

July 1, 2021

**Via ECF**

The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:    *Pena v. SP Plus Corporation.*
       Case No. 20-cv-01370 (GBD)(SLC)

Dear Judge Cave:

We are counsel to Plaintiff in the above-reference case. We write, jointly with counsel to Defendant, to respectfully request a stay of discovery and all other proceedings in anticipation of the parties' participation in Class Mediation.

The Fact Discovery Deadline is set to expire on July 30, 2021. [Dkt. No. 26]. The parties have agreed to and scheduled a Class Mediation with Ms. Dina Jansenson, Esq. Based on the mediator's availability, the parties have scheduled the Class Mediation for September 16, 2021.

Therefore, in light of the upcoming Class Mediation, the parties respectfully request a stay of all discovery and all other proceedings.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The parties' request for a stay of discovery while they pursue class mediation (ECF No. 62) is GRANTED. All discovery deadlines are ADJOURNED sine die.

By **September 21, 2021**, the parties shall file a joint letter reporting on the status of the mediation.

The Clerk of Court is respectfully directed to close ECF No. 62.

SO ORDERED    7/2/2021

SARAH L. CAVE
United States Magistrate Judge