UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ONIEL PENA, *on behalf of himself and all others similarly situated*

                         Plaintiff,

    -against-

SP PLUS CORPORATION,

                       Defendant.

------------------------------------- x

ORDER

20 Civ. 1370 (GBD)

GEORGE B. DANIELS, District Judge:

       A fairness hearing in the above captioned case is scheduled for January 18, 2022 at 10:00 a.m.

Dated: December 13, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE