# LEE LITIGATION GROUP, PLLC

148 WEST 24ᵀᴴ STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

DEC 1 5 2021

December 14, 2021

**Via ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The hearing scheduled for January 18, 2022 is adjourned to April 19, 2022 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

DEC 1 5 2021

Re:   *Pena v. SP Plus Corporation*
        Case No. 20-cv-01370 (GBD)(SLC)

Dear Judge Daniels:

We are counsel to Plaintiff in the above-referenced case and write, jointly with counsel to Defendant, to respectfully request an adjournment of the final approval hearing on the class settlement, which was just scheduled for January 18, 2022 at 10:00 a.m. (Dkt. 70).

The reason for the adjournment request is to provide for sufficient time to accommodate the notice mailing and administration schedule set forth in the Settlement Agreement, to provide class members sufficient time to opt-out or object to the settlement, and for counsel to file their final approval motions prior to the hearing which will include the mailing and class member response data (approximately 120 days from date of the preliminary approval order). In view of the foregoing, the parties respectfully request the final approval hearing be adjourned to a date on or after April 14, 2022.

This is the first request for adjournment and will not affect any other scheduled dates.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF