IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONIEL PENA, *on behalf of himself and all others similarly situated,*<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>– against –<br><br>SP PLUS CORPORATION,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 20-cv-1370(GBD)<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD** |

　　　　For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Service Award to Named Plaintiff, and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting a service award in the amount of $20,000 to Named Plaintiff Oneil Pena, to be paid from the Settlement Fund, in recognition of the services he rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: April 4, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LEE LITIGATION GROUP, PLLC**

　　　　　　　　　　　　　　By:　/s/ C.K. Lee
　　　　　　　　　　　　　　　　　C.K. Lee (CL 4086)
　　　　　　　　　　　　　　　　　Anne Seelig (AS 3976)
　　　　　　　　　　　　　　　　　148 West 24th Street, Eighth Floor
　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　Tel.: 212-465-1188
　　　　　　　　　　　　　　　　　Fax: 212-465-1181
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*