## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONIEL PENA, *on behalf of himself and all others similarly situated,*<br><br>        Plaintiff,<br><br> – against –<br><br>SP PLUS CORPORATION,<br><br>        Defendant. | Case No.: 20-cv-1370(GBD)<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND ADMINISTRATION FEES** |

  For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Costs and Expenses, and Administration Fees and (iii) Unopposed Motion for Approval of Service Award to Named Plaintiff, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel one third of the Gross Settlement Fund established by Defendant in the amount of $230,316.66, to cover attorneys' fees, plus costs and expenses in the amount of $5,648.00, to be paid from the Settlement Fund; and (2) awarding Simpluris, as Settlement Administrator, administration fees of $20,000, to be paid from the Settlement Fund.

Dated: April 4, 2022                    Respectfully submitted,

                                            **LEE LITIGATION GROUP, PLLC**

                                            By: */s/ C.K. Lee*
                                            C.K. Lee (CL 4086)
                                            Anne Seelig (AS 3976)
                                            148 West 24th Street, Eighth Floor
                                            New York, NY 10011
                                            Tel.: 212-465-1188
                                            Fax: 212-465-1181
                                            Attorneys for Plaintiff, FLSA Collective
                                            Plaintiffs and the Class