UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ONIEL PENA, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

– against –

SP PLUS CORPORATION,

                        Defendant.

Case No. 20-cv-1370(GBD)

---

**DECLARATION OF C.K. LEE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD TO NAMED PLAINTIFF**

I, C.K. Lee, declare as follows:

    1. I reaffirm statements made in my supporting declaration as of the date hereof in support of Plaintiff's Motion for Certification of the Settlement Class, Final Approval of the Class Settlement and Approval of the FLSA Settlement.

    2. I received a BS/BA from the University of Michigan/Ann Arbor, with concentrations in Biology and Chinese Language & Culture. I received a Juris Doctorate degree from The University of Pennsylvania Law School in 1997. I was admitted to the New York bar in 1998. I am also admitted to the bars of the United States Supreme Court, the Second Circuit Court of Appeals, and the United States District Courts for the Northern, Western, Eastern, and Southern Districts of New York. I am a member in good standing of each of these bars.

    3. My current hourly rate is $800 per hour when applying for legal fees with courts. In connection with private defense work, my current hourly rate is $1,600 per hour. Prior to establishing my own firm, I was associated with some of the top firms in New

1

York City, including Clifford Chance, Morrison & Foerster and Schulte Roth & Zabel. Since April 2009, a substantial part of my practice has been in prosecuting wage and hour class and collective action cases. In connection with these matters, I have been lead counsel and helped secure millions of dollars in compensation for workers and consumers nationwide.

4.     The current hourly rates of others within my firm who spent meaningful time litigation this action are: Anne Seelig (billable rate of $800 per hour) and Tenzin Tashi (billable rate of $500 per hour). Ms. Seelig is a partner at LLG and a 2003 law school graduate, and Mr. Tashi is a 4th year associate.

5.     Class Counsel has substantial experience prosecuting large-scale wage and hour class and collective actions, as shown in the attached list. Class counsel has been routinely approved for a rate of $800 per hour, **however noting, for the avoidance of doubt, that such approved fees were based on a percentage of the fund method with a lodestar cross check**. See *Estrada v. Kingsbridge Marketplace Corp. et al.*, Case No. 17-cv-9890 (S.D.N.Y.), *Tendilla et al. v. Pearlstone Restaurant, LLC et al.*, Case No. 18-cv-8900 (S.D.N.Y.), *Chang v. Philips Bryant Park LLC et al*., Case No. 17-cv-8816 (S.D.N.Y.), *Fteja v. Nusret New York LLC et al.*, Case No. 19-cv-429 (S.D.N.Y.), *Garcia v. Roti Restaurants, LLC*, Case No. 18-cv-9820 (S.D.N.Y.), *Carrasco v. Sompo America Insurance Services LLC et al.*, Case No. 17-cv-7319 (S.D.N.Y.), *Salazar v. P.V. Bakery, Inc. et al.*, Case No. 18-cv-4153 (S.D.N.Y.), *Tavera v. 18 Greenwich Avenue, LLC et al.*, Case No. 19-cv-8258 (S.D.N.Y.), *Patterson v. Chipotle Mexican Grill, Inc. et al.*, Index No. 54446/2020 (Westchester County), and *Pacheco et al. v. Chickpea at 14th Street Inc. et al.*, Case No. 18-cv-251 (S.D.N.Y.), *Vazquez et al. v. Eataly America Inc. et al.*, Index

No. 156933/2018 (New York County), *Delijanin v. Wolfgang's Steakhouse Inc. et al.*, Case No. 18-cv-7854 (S.D.N.Y.). *But see*, *Gonzalez v. Scalinatella, Inc.*, No. 13 Civ. 3629, among others, in which the hourly rates of LLG counsel and paralegals were reduced.

6. Based on my experience in class actions over the last eleven years, I have personal knowledge of the hourly rates charged by other attorneys with comparable experience as well as the attorneys within the firm who worked on this matter. Based on that information, I believe these rates are fully consistent with the market rate in New York for attorneys specializing in complex litigation around the country. Thus, I believe the rates charged by LLG for its partner and non-partner attorney time are reasonable and appropriate fees for those with comparable expertise, experience and qualifications.

**Legal Fees and Expenses**

7. Class Counsel has spent more than 297 attorney and paralegal hours prosecuting this case. Multiplying these hours by the hourly rate of each attorney and paralegal results in a lodestar amount of $169,288, which represents a multiplier of 1.36x the legal fees of $230,316.66, contemplated under the Settlement Agreement, to be paid from the Settlement Fund, which we believe is reasonable. Even if the Court were to approve lower rates, the multiplier would still within the range of reasonableness. Contemporaneous time records are attached hereto as Exhibit A.

**8.** To date, Class Counsel has incurred actual legal expenses of $5,648.00, which were incidental and necessary to the representation of the Class. These expenses include filing fees, service fees, investigation fees, mediation fees, and travel expenses. A listing of these expenses is attached hereto as **Exhibit A.**

9. Class Counsel's efforts to date have been without compensation, and their

entitlement to payment has been wholly contingent upon achieving a positive result. The Settlement Agreement allows Class Counsel to seek reimbursement of one third of the Gross Settlement Fund amounting to $230,316.66 to cover legal fees, and $5,648.00 to cover Class Counsel's actual expenses and costs, to be paid from the Settlement Fund.

10. Class Counsel undertook to prosecute this action without any assurance of payment for their services, litigating this case on a wholly contingent basis in the face of tremendous risk. Class Counsel stood to gain nothing in the event the case was unsuccessful.

**Administration Fees and Expenses**

11. Simpluris has acted as the Settlement Administrator in this lawsuit and has disseminated Class Notice to Class Members, performed calculations of awards to each Class Member, and maintained correspondences with Class Members. See Affidavit of Zachary Cooley, attached as Exhibit B hereto.

12. As detailed in the Declaration of Zachary Cooley, Defendant provided a class list of 1,993 Class Members. Simpluris mailed the Court-approved class and collective notices ("Notices") to 1,993 Class Members for whom contact details had been provided by Defendants. 261 mailed notices were returned as undeliverable without a forwarding address, and Simpluris conducted a skip trace for them. After diligently pursuing deliverable mailing information, Simpluris re-mailed notices to 222 Class Members for whom updated addresses were found. Therefore, the Administrator successfully notified 1,954 of the 1,993 Class Members, for a total deliverable rate of approximately 98.04%.

13. The Settlement Agreement provides that administration fees will be paid

from the Settlement Fund. The Parties have agreed to administration fees of $20,000. On December 13, 2021, the Court approved Simpluris as the Settlement Administrator. Docket No. 69.

**Service Award**

14. The Settlement Agreement allows Class Counsel to seek a service award for Oniel Pena ("Named Plaintiff"), in the amount of $20,000, to be paid from the Settlement Fund.

15. The Class Representative made important contributions to the prosecution and fair resolution of this action on behalf of the class members. He assisted Class Counsel's investigation and prosecution of the claims by providing detailed factual information regarding his job duties and those of other putative class members, the wages he was paid, the hours that he worked, and other information relevant to the claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2022.

New York, New York

                                                   **LEE LITIGATION GROUP, PLLC**

                                                   */s/ C. K. Lee*
                                                   C.K. Lee, Esq.
                                                   148 West 24th Street, Eighth Floor
                                                   New York, New York 10011
                                                   Telephone: (212) 465-1188
                                                   *Attorneys for Plaintiff, FLSA Collective*
                                                   *Plaintiffs and the Class*